# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE, LLC<br><br>DEBTOR<br><br>MARK A. WEISBART, SUBV CHAPTER 11 TRUSTEE OF SERVICE ONE, LLC<br><br>PLAINTIFF<br>V.<br><br>TRASH CHOMPER, LLC<br><br>DEFENDANT | CASE NO. 22-40503<br>CHAPTER 11<br>(Subchapter V)<br><br><br><br><br><br>ADVERSARY NO. 22-04045 |

## SUMMONS IN ADVERSARY PROCEEDING

TO:
Trash Chomper LLC
5830 Granite Pkwy, Ste 100
Plano Texas 75024

Trash Chomper LLC
Attn: Sandra Perry, manager
12 Cowboys Way #1512
Frisco, TX 75034

Trash Chomper LLC
Attn: Charles Tomasello, registered agent
5830 Granite Pkwy, Ste. 100
Plano, Texas 75024

YOU ARE HEREBY SUMMONED and required to submit a Motion or Answer to the Complaint which is attached to this Summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> **ADDRESS OF CLERK OF THE BANKRUPTCY COURT:**
> 660 NORTH CENTRAL EXPRESSWAY, SUITE 300B
> PLANO, TEXAS 75074

At the same time, you must also serve a copy of the Motion or Answer upon the Plaintiff's attorney.

> **NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**
> JAMES S. BROUNER & MARK A. WEISBART
> HAYWARD PLLC
> 10501 N CENTRAL EXPY, SUITE 106
> DALLAS, TEXAS 75231

If you make a Motion, your time to answer is governed by FED.R.BANKR.P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

## **CERTIFICATE OF SERVICE**

I, James S. Brouner, certify that on the _____ day of August 2022, a true and correct copy of the Complaint, together with the Summons was served by first class United States mail as follows:

Trash Chomper LLC
5830 Granite Pkwy, Ste 100
Plano Texas 75024

Trash Chomper LLC
Attn: Sandra Perry, manager
12 Cowboys Way #1512
Frisco, TX 75034

Trash Chomper LLC
Attn: Charles Tomasello, registered agent
5830 Granite Pkwy, Ste. 100
Plano, Texas 75024

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. Under penalty of perjury, I declare that the foregoing is true and correct.

_____
James S. Brouner
Texas Bar No. 03087285
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7107 Phone/Fax
JBrouner@HaywardFirm.com

COUNSEL FOR SUBV CHAPTER 11 TRUSTEE OF
SERVICE ONE, LLC, PLAINTIFF