Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounnsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR CHARLES TOMASELLO

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SERVICE ONE, LLC, | § | CASE NO. 22-40503-BTR-11 |
| | § | |
| Debtor. | § | |
| | § | |
| MARK A. WEISBART, SUB V CHAPTER 11 TRUSTEE OF SERVICE ONE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | ADVERSARY NO. 22-04045 |
| TRASH CHOMPER, LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned (hereinafter referred to as "Movant"), counsel for CHARLES TOMASELLO, a party-in-interest in the above styled and numbered case, hereby file this his Notice of Appearance and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the address and telephone number set forth below:

Patrick J. Schurr
Patrick.schurr@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

PLEASE TAKE FURTHER NOTICE that Movant intends that neither this Notice nor any later appearance, pleading, claim or suit shall waive (1) any right to trial by jury in any proceeding; or (2) any other rights, claims, actions, defenses, setoffs or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this the 18th day of August, 2022.

SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150


By:   /s/ Patrick J. Schurr
    Patrick J. Schurr
    State Bar No. 17853530

ATTORNEYS FOR CHARLES TOMASELLO


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served on counsel for the Plaintiff, James S. Brouner, and any parties requesting notice herein, via electronic means, on this the 18th day of August, 2022.


   /s/ Patrick J. Schurr

NOTICE OF APPEARANCE – PAGE 2