**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE, LLC<br><br>DEBTOR | CASE NO. 22-40503<br>CHAPTER 11<br>(Subchapter V) |
| MARK A. WEISBART, SUBV CHAPTER 11 TRUSTEE OF SERVICE ONE, LLC<br><br>PLAINTIFF<br>V.<br><br>TRASH CHOMPER, LLC<br><br>DEFENDANT | ADVERSARY NO. 22-04045 |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EMERGENCY HEARING ON
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

On this day came on for consideration the *Request for Emergency Hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction* (the "Request"),[1] filed by Mark A. Weisbart, the Subchapter V trustee of Service One, LLC ("Plaintiff") seeking an emergency hearing on his *Motion for Temporary Restraining Order and Preliminary Injunction* (the "TRO Motion"). The Court finds that the relief requested in the Request should be granted; accordingly, it is hereby

ORDERED that the Request shall be and is hereby granted; it is further

ORDERED that the TRO Motion shall be and is hereby set for hearing on **August ___, 2022 at __: ___0 __.m.** in the United States Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas; it is further

---

[1] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

ORDERED that Plaintiff or its counsel shall give notice of this hearing by forwarding a copy of this Order to all parties or their respective counsel listed on the certificate of service of the Request.

IT IS SO ORDERED.