IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE, LLC<br><br>　　　　　　　　　　　Debtor | CASE NO. 22-40503<br>CHAPTER 11<br>(Subchapter V) |
| MARK A. WEISBART, SUBV CHAPTER 11 TRUSTEE OF SERVICE ONE, LLC<br><br>　　　　　　　　　　　PLAINTIFF<br><br>V.<br><br>TRASH CHOMPER, LLC<br><br>　　　　　　　　　　　DEFENDANT | Adversary No. 22-04045 |

## CERTIFICATE OF SERVICE OF ORDER

　　The undersigned hereby certifies that a copy of the Order Granting Plaintiff's *Request for Emergency Hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction* [Doc 7], was served on the following listed persons as reflected below via email and first-class United States Mail, postage prepaid on this the 24th day of August 2022.

　　　　　　　　　　　　　　　　　　　　/s/ James S. Brouner
　　　　　　　　　　　　　　　　　　　　James S. Brouner

**COUNSEL FOR PETER NICKLAS**
**VIA EMAIL**

Adrian V. Villacorta
THE VILLACORTA LAW FIRM, P.C.
6230 Wister Lane
Houston, Texas 77008
aVillacorta@aVVlaw.com

**COUNSEL FOR SANDRA PERRY**
**VIA EMAIL**

Jeff Carruth
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
jcarruth@wkpz.com

and

**CERTIFICATE OF SERVICE – Page 1**

**DEFENDANTS' MANAGERS VIA UNITED STATES MAIL, POSTAGE PREPAID**

Trash Chomper, LLC
c/o Charles Tomasello
5830 Granite Pkwy., Ste. 100
Plano Texas 75024

Trash Chomper, LLC
c/o Sandra Perry
12 Cowboys Way #1512
Frisco, TX 75034.

Peter Nicklas
1550 S. Ballard, Ave.
Wylie, TX   75098-4800

Al Odom
THE ODOM LAW FIRM
601 Sawyer St., Suite 225
Houston, Texas 77007
aodom@aodomlawfirm.com

**COUNSEL FOR CHARLES TOMASELLO - VIA EMAIL**

Patrick J. Schurr
SCHEEF & STONE, L.L.P.
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Patrick.schurr@solidcounsel.com

**CERTIFICATE OF SERVICE** – Page  2