## CERTIFICATE OF SERVICE

I, James S. Brouner, certify that on the 23rd day of August 2022, a true and correct copy of the Complaint, together with the Summons was served by first class United States mail as follows:

Trash Chomper LLC
5830 Granite Pkwy, Ste 100
Plano Texas 75024

Trash Chomper LLC
Attn: Sandra Perry, manager
12 Cowboys Way #1512
Frisco, TX 75034

Trash Chomper LLC
Attn: Charles Tomasello, registered agent
5830 Granite Pkwy, Ste. 100
Plano, Texas 75024

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. Under penalty of perjury, I declare that the foregoing is true and correct.

James S. Brouner
Texas Bar No. 03087285
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7107 Phone/Fax
JBrouner@HaywardFirm.com

COUNSEL FOR SUBV CHAPTER 11 TRUSTEE OF
SERVICE ONE, LLC, PLAINTIFF